IN THE CIRCUIT COURT IN AND FOR
LEE COUNTY, FLORIDA

OSMANI GUARDADO BALLESTER &       CASE NO.: 23-CA-001599
YADAMI ALVAREZ CHAVEZ,

    Plaintiffs,

v.

NATIONAL GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, OSMANI GUARDADO BALLESTER & YADAMI ALVAREZ CHAVEZ, by and through undersigned counsel, sues the Defendant, NATIONAL GENERAL INSURANCE COMPANY, and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages for Breach of Contract which is $50,000.01 or greater, exclusive of attorney's fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. Plaintiffs are residents of Lee County, Florida.

3. At all times material, the Defendant, NATIONAL GENERAL INSURANCE COMPANY, is and was an insurance corporation doing business in Lee County, Florida.

4. Venue is proper in this Court because the cause of action accrued in Lee County, Florida.

5. Defendant agreed to insure the residential property located at 300 Kismet Parkway West, Cape Coral, FL 33993 (hereinafter, the "Property" or "Insured Property") under an insurance contract which is believed to bear policy number Q3139211 (hereinafter, the "Policy" or "Policy of Insurance"). Said Policy was issued by Defendant to Plaintiffs to provide property insurance

coverage for the Insured Property. (A copy of the Policy is not attached hereto as Plaintiffs are not in possession of a copy of the Policy; however, Defendant is in possession of the Policy and Plaintiffs have requested a copy of same from Defendant via discovery).

6. On or about September 28, 2022, the property sustained direct physical damage as a result of a covered peril under the policy.

7. The Policy was in full force and effect at the time of the Loss.

8. Plaintiffs timely notified the Defendant of the Loss pursuant to the terms of the Policy. Defendant assigned claim number 220688610 to the Loss.

9. Despite timely notice of the Loss to the Defendant, the Defendant has failed to make proper payments and repairs.

10. Defendant failed to pay Plaintiffs' damages in accordance with the Policy.

11. Accordingly, Plaintiffs have not received proper and adequate payment for the Loss pursuant to the Policy.

12. Plaintiffs therefore seek enforcement of Plaintiffs' right to insurance benefits under the Policy of Insurance through this action.

## COUNT I
## BREACH OF CONTRACT

13. Plaintiffs re-allege and reaffirm Paragraphs above as previously stated herein.

14. This is a count for breach of contract.

15. During the effective period of the Policy, the Insured Property sustained direct physical damage.

16. The Plaintiffs timely notified the Defendant of the Loss.

17. The Defendant has failed to pay the insurance proceeds due under the Policy for the Loss and, as such, Defendant is in breach of the terms and conditions of the Policy.

18. All conditions precedent to bringing this action has been fulfilled or has been waived.

19. As a direct result of Defendant's breach of the Policy, Plaintiffs have suffered damages and continues to suffer said damages.

20. Plaintiffs have retained the undersigned law firm to represent them in this action and has agreed to pay a reasonable fee for said services.

21. Plaintiffs are entitled to recover costs and attorney's fees in this action.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the contract, attorney's fees and costs, and such other relief this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by jury of all issues so triable as a matter of right.

Dated this March 10, 2023.

Respectfully Submitted,
Ovadia Law Group, P.A.
4800 N Federal Hwy, Suite D204
Boca Raton, FL 33431
(T) 800.674.9396

*/s/ Ryan Treulieb*
RYAN TREULIEB, ESQ.
Florida Bar No. 120152

Service Address:
homeowners@wesetthestandards.com