UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSMAI GUARDADO BALLESTER
and YADAMI ALVAREZ CHAVEZ,

      Plaintiffs,

v.                                              Case No:   2:23-cv-272-JLB-KCD

INTEGON NATIONAL
INSURANCE COMPANY,

      Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court dismiss Plaintiffs' action without prejudice for failure to prosecute. (Doc. 14). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and made part of this Order for all purposes.

1

2. This case is **DISMISSED** without prejudice for failure to prosecute.

3. The Clerk of Court shall enter judgment dismissing the case without prejudice, terminate all deadlines, and close the case.

**ORDERED** at Fort Myers, Florida on June 12, 2023.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE